## McDERMOTT v. HAMILTON et al.
### No. 548.

District Court, W. D. Washington, S. D.
July 30, 1935.

Joseph P. McDermott, of Seattle, Wash., pro se.

G. W. Hamilton, Atty. Gen., of the state of Washington, and W. A. Toner, Asst. Atty. Gen., of the state of Washington, for defendant George W. Hamilton, as Atty. Gen. of the state of Washington.

Warren G. Magnuson, Pros. Atty., for King county, and Wm. Hickman Moore, Deputy Pros. Atty., for King county, both of Seattle, Wash., for defendant Warren G. Magnuson, as Pros. Atty. for King county, Wash.

Before GARRECHT, Circuit Judge, and CUSHMAN and BOWEN, District Judges.

PER CURIAM.

This being a statutory court convoked for a special purpose only and the application of plaintiff for amendment of his bill of complaint and praying for a declaratory judgment having been made after the above-mentioned decision was entered herein on June 17, 1935, the application of plaintiff for amendment and declaratory judgment is denied without prejudice to plaintiff applying to the District Court in a new suit for such declaratory judgment.